Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District of _New York_

In re _Refco et al._ Debtor

Case No. _05-60006 (RDD)_

Chapter _11_

[Caption as in Form 16A, 16B, or 16D, as appropriate]

## NOTICE OF APPEAL

_Mark Resnick_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _24_ day of _April_, _2007_
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: _24 April 2007_

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _Mark Resnick_

Address: _2525 Arapahoe Rd #289_
_Boulder CO 80302_

Telephone No: _(303) 440-7311_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

_If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required._


RECEIVED APR 30 2007