Tina L. Brozman (TB-0854)
Steven Wilamowsky (SW-9266)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 705-7000

Attorneys for the Plan Administrator

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                               :
In re                                                          : Chapter 11 Case
                                                               : No. 05-60006 (RDD)
REFCO INC., et al.,                                            : (Jointly Administered)
                                                               :
        Debtors.                                               :
                                                               :
------------------------------------------------------------- x

COUNTER-DESIGNATION OF CONTENTS FOR RECORD ON
APPEAL AND RESPONSE TO STATEMENT OF ISSUES
PRESENTED ON APPEAL BY APPELLEE PLAN ADMINISTRATOR

        Pursuant to Fed. R. Bankr. P. 8006, RJM, LLC, as Plan Administrator (the

"Appellee") of the Modified Joint Chapter 11 Plan of Refco, Inc. and Certain of Its Direct and

Indirect Subsidiaries, on behalf of Refco F/X Associates, LLC ("FXA"), one of the debtors in the

above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully submits this counter-

designation (the "Counter-Designation") of items to be included in the record on appeal to the

United States District Court for the Southern District of New York from:

        (1)  Order Disallowing Requests for Payment of Administrative Expense
        Claims Related to Post-Petition Increases in FXA Client Account
        Balances (Doc. No. 5047).

        On May 2, 2007, Appellee received electronic notification via the Court's

electronic document filing system of Mr. Mark Resnick's (the "Appellant") Notice of Appeal

dated April 30, 2007 regarding the order listed above (the "Appeal").  See Case No. 05-60006

(RDD), Doc. No. 5132.  Subsequently, on May 16, 2007, the Appellee received electronic

notification via the Court's electronic document filing system of a document entitled

"Appellant's Appeal in Response to Order Disallowing Administrative Expense Claims Related

to Post-Petition Increases in FXA Client Account Balances" dated May 14, 2007 designating

certain items to be included in the record on the Appeal (the "Appellant's Designation").  See

Doc. No. 5231.

The Appellee respectfully submits this Counter-Designation in response to the

Appellant's Designation.

I.      COUNTER -DESIGNATION OF DOCUMENTS
        TO BE INCLUDED IN THE RECORD ON APPEAL

The Appellee submits the following items from the bankruptcy case docket (Case

No. 05-60006 (RDD)) for inclusion in the record on appeal:[1]

1.      Findings of Facts, Conclusions of Law, and Order Confirming the

Modified Joint Chapter 11 Plan of Refco Inc. and Certain of Its Direct and Indirect Subsidiaries

dated and entered on December 15, 2006.  (Doc. No. 3971).

2.      Stipulation and Order Supplementing Confirmation Order dated and

entered on December 19, 2006.  (Doc. No. 4000).

3.      Modified Joint Chapter 11 Plan Of Refco Inc. And Certain Of Its Direct

And Indirect Subsidiaries dated December 14, 2006 and entered on December 26, 2006.  (Doc.

No. 4088).

4.      Notice of (A) Entry of Order Confirming the Modified Joint Plan of

Reorganization of Refco, Inc. and Its Direct and Indirect Subsidiaries, (B) Occurrence of

Effective Date, and (C) Bar Date for Filing Claims dated and entered on December 26, 2006.

_____

[1]  Each of the documents designated herein to be included in the record on appeal includes all exhibits, schedules
and other attachments related to such documents.

(Doc. No. 4092).

5.      Omnibus Objection to Requests for Payment of Administrative Expense Claims Related to Post-Petition Increases in FXA Client Account Balances.  (Doc. No. 4390).

6.      Notice of Filing of Revised Exhibit B to Plan Administrator's Omnibus Objection to Requests for Payment of Administrative Expense Claims Related to Post-Petition Increases in FXA Client Account Balances.  (Doc. No. 4412).

7.      Plan Administrator's Reply to Responses to Omnibus Objection to Requests for Payment of Administrative Expense Claims Related to Post-petition Increases in FXA Client Account Balances.  (Doc. No. 4876).

8.      Order Disallowing Requests for Payment of Administrative Expense Claims Related to Post-petition Increases in FXA Client Account Balances.  (Doc. No. 5047).

9.      Notice of Appeal dated April 30, 2007 and entered on May 2, 2007.  (Doc. No. 5132).

10.     Transcript of Hearing Held on April 11, 2007.  (Doc. No. 5153).

## II.     COUNTER-STATEMENT OF ISSUES ON APPEAL

11.     The Appellee disagrees with and/or does not understand the Appellant's Statement of the Issues contained in Appellant's Designation.  In accordance with Fed. R. Bankr. P. 8010(a)(2), the Appellee intends to present its counter-statement of issues in its appellee brief.

## III.    RESERVATION OF RIGHTS

12.     The Appellee reserves the right to supplement, amend or modify this Counter-Designation to the extent the Appellant files an amended or modified Appellant's Designation from the version entered on the case docket on May 14, 2007.

Dated:  New York, New York
        May 21, 2007

                                    BINGHAM McCUTCHEN LLP

                                    By:  s/ Steven Wilamowsky
                                         Tina L. Brozman (TB -0854)
                                         Steven Wilamowsky (SW-9266)
                                         399 Park Avenue
                                         New York, NY  10022
                                         (212) 705-7000

                                    Attorneys for the Plan Administrator