Duplicate Original

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
In re REFCO, INC.                        :
                                         :
PAUL PALLEY,                             :
                          Appellant,     :       07 Civ. 4784  (DLC)
                                         :       07 Civ. 4785  (LAK) ←
              -v-                        :       07 Civ. 4786  (CM)
                                         :
REFCO,                                   :          ORDER
                          Appellee.      :
-----------------------------------------X
                                         :
MARK RESNICK,                            :
                          Appellant,     :
                                         :
              -v-                        :
                                         :
REFCO,                                   :
                          Appellee.      :
-----------------------------------------X
                                         :
DAVID BILODEAU, 4218698 CANADA           :
INC./DAVID BILODEAU, 9016-2355 QUÉBEC    :
INC./RENÉ BILODEAU,                      :
                          Appellants,    :
                                         :
              -v-                        :
                                         :
REFCO,                                   :
                          Appellee.      :
-----------------------------------------X
```

DENISE COTE, District Judge:

A July 5, 2007 Order in the lead case, 07 Civ. 4784, accepted appellant Paul Palley's Statement of Issues as his appellate brief for purposes of this bankruptcy appeal, and set out a briefing schedule. A July 12 Order consolidated the above cases under the lead case. Statements of Issues have been filed by appellant Mark Resnick and appellants David Bilodeau and the

two corporate entities. All appellants are *pro se*. While the individual appellants may represent themselves, corporations must be represented by an attorney in federal court. Grace v. Bank Leumi Trust Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006).

By a July 10 letter, counsel for appellee Refco requests an extension in the briefing schedule and leave to file a consolidated appellee brief. It is hereby

ORDERED that the Statements of Issues submitted by the other appellants are treated as their appellate briefs for purposes of this bankruptcy appeal.

IT IS FURTHER ORDERED that appellee's request to file a consolidated appellee brief is granted.

IT IS FURTHER ORDERED that appellee's request for an extension is granted. The following schedule shall govern all three appeals:

- Appellee's brief is due **August 3, 2007.**
- Appellants' briefs are due **August 17, 2007.**

IT IS FURTHER ORDERED that an attorney must file a notice of appearance for 4218698 Canada Inc./David Bilodeau and 9016-2355 Québec Inc./René Bilodeau by **August 3, 2007.** If no attorney files a notice of appearance on behalf of the corporate appellants by August 3, 2007, their appeals shall be dismissed.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by

sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         July 12, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge

3

COPIES SENT TO:

Paul Palley
25 Pearman St.
London SE1 7RB
United Kingdom

Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Mark Resnick
2525 Arapahoe Avenue #289
Boulder, CO 80302

David Bilodeau
4218698 Canada Inc./David Bilodeau
9016-2355 Quebec Inc./Rene Bilodeau
1050-1 Gilles-Hocquart
Boucherville, QC J4B 8J6
Canada